UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:11-CR-306-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **RONNIE GLENN EDDINGS** | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Thursday, July 5, 2012, in New Bern. The case is hereby CONTINUED to September 4, 2012, at 9:30 a.m. in New Bern, North Carolina.*

This 29th day of May, 2012.

                                /s/ Louise W. Flanagan
                                Louise W. Flanagan
                                U.S. District Judge

*Absent a continuance, this order will constitute the only notice of hearing provided by the court. The court's calendar will be made available approximately three weeks prior to sentencing.